IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 22-cr-403 |
| ) | |
| ) | |
| DALE HUTTLE ) | |
| MATTHEW HUTTLE ) | |

**UNOPPOSED MOTION TO RESCHEDULE ARRAIGNMENT**

Matthew Huttle, through his attorney Andrew Hemmer of the Federal Defender Program for the Northern District of Illinois, respectfully requests that the Court reschedule the Arraignment set for January 4, 2023 at 11:30 AM. Undersigned counsel has a scheduling conflict at that time due to a previously set in-person change of plea hearing in the Northern District of Illinois on January 4, 2023 at 10:00 AM Central Time/11:00 AM Eastern Time.

Undersigned counsel has conferred with counsel for the government and counsel for Dale Huttle and neither the government nor Dale Huttle oppose the requested relief. The parties are all available for a rescheduled Arraignment on January 4, 2023 at 3:00 PM or 4:30 PM, or any time on January 5, 2023.

Accordingly, Mr. Matthew Huttle respectfully requests that the Court reschedule the Arraignment currently set for January 4, 2023 at 11:30 AM, and for such other relief as the Court deems reasonable and just.

Respectfully submitted:
MATTHEW HUTTLE

By: /s/Andrew Hemmer
Andrew Hemmer
Counsel for Matthew Huttle

ANDREW HEMMER
FEDERAL DEFENDER PROGRAM
401 W. State Street - Suite 800
Rockford, IL 61101
(815) 961-0800