UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 22-cr-403 (CRC)-1 |
| ) | |
| DALE HUTTLE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF FILING

The Defense hereby files notice of the defendant's agreement to be bound by the Protective Order in the above captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MICHELLE M. PETERSON
First Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Shelli_Peterson@fd.org