FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>)<br>v.   )<br>)   No.   22-403 (CRC)<br>DALE HUTTLE   )<br>MATTHEW HUTTLE   )<br>)<br>Defendants.   )<br>_____ ) | |

**JOINT MOTION TO CONTINUE STATUS HEARING**

The parties jointly request a continuance of approximately 60 days in this case to continue reviewing discovery and exploring a potential disposition. The parties are generally available for a status hearing at the Court's convenience between July 24 and August 10. The parties further submit that an exclusion of time from the Speedy Trial Act from May 31 to the date selected by the Court for a continued hearing would be in the interest of justice to allow additional time for the production and review of discovery and for plea negotiations to occur.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
MICHELLE PETERSON
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004