IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| v.    ) | |
| ) | No.   22-403 (CRC) |
| DALE HUTTLE    ) | |
| MATTHEW HUTTLE    ) | |
| ) | |
| Defendants.    ) | |
| ) | |

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

Dale Huttle requests a continuance of the status conference from July 26 to August 9, 10 or the afternoon of August 11. The government has extended a plea offer which Counsel needs more time to review with Mr. Huttle.  Mr. Huttle does not have access to a computer and thus the review of discovery has been difficult, but and undersigned counsel intends to travel to Indiana to meet with Mr. Huttle to review the discovery and the plea offer with him in person on August 1, 2023. The parties further submit that an exclusion of time from the Speedy Trial Act from July 26 to the date selected by the Court for a continued hearing would be in the interest of justice to allow additional time for the review of discovery and for plea negotiations to occur.  Neither the government nor counsel for the co-defendant, Matthew Huttle object to this request and all parties are available for a further VTC status on August 9, 10, or the afternoon of August 11.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
MICHELLE PETERSON
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004