CO 526 Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 22-CR-403-1 (CRC)
)
)
DALE HUTTLE )
)
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

*michelle peterson*
_____
Counsel for Defendant

I consent:

*Ashley Akers*
_____
Assistant United States attorney

Approved:

_____   Date: 12-8-23
United States District Judge