# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DALE HUTTLE<br><br>        Defendant. | Crim. Action No. 22-403-1 (CRC) |

## UNOPPOSED MOTION TO CONTINUE SENTENCING AND ASSOCIATED DATES

Mr. Huttle, through undersigned counsel, requests a continuance of approximately 45 days for his sentencing and requests that the dates for the final PSR and sentencing memos also be delayed. As confirmed in the draft PSR, Mr. Huttle has a serious medical condition that has required multiple surgical interventions over the last few months. He has a further surgery scheduled (see attached letter filed under seal). To ensure that 1) he can obtain this surgery in the community, 2) the PSR properly documents his condition at the time of any period of incarceration, and 3) the Court has a complete picture of his medical condition at the time of sentencing, Counsel believes the most prudent course of action is to postpone the sentencing until after his surgery and follow-up appointment. Thus, Counsel requests that the Court reschedule the sentencing hearing for a date in May with the date for a final PSR to be completed two weeks prior to the sentencing and the sentencing memos to be filed one week prior to sentencing. The government does not oppose.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

　　　　/s/
_____
MICHELLE M. PETERSON
Chief Asst. Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Shelli_Peterson@fd.org