**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DALE HUTTLE,<br><br>       Defendant. | Crim. Action No. 22-403 (CRC) |

**UNOPPOSED MOTION TO RESCHEDULE SENTENCING**

      Dale Huttle, through counsel, respectfully requests that the Court reschedule his sentencing hearing due to a professional conflict that has arisen for counsel. The government does not oppose this request. The sentencing is presently scheduled for May 29, 2024, and undersigned counsel has been asked to speak at the National Federal Defender Seminar that week. Counsel are available anytime June 6 or 7 if either date is available for the Court. If not, Counsel could also be available after 3 pm on May 23 or before 2 p.m. May 24, although flight availability may be limited for Mr. Huttle and hotel arrangements more expensive in light of the Memorial Day weekend.

      Respectfully submitted,

      A.J. KRAMER
      FEDERAL PUBLIC DEFENDER

      _____/s/_____
      Michelle Peterson
      Chief Assistant Federal Public Defender
      625 Indiana Avenue, N.W., Suite 550
      Washington, D.C.  20004
      (202) 208-7500
      Shelli_Peterson@fd.org