Erica Huttle
317 North Kelly St
Hobart In 46342
ericahuttle@icloud.com
219.810.7850
May 6, 2024

Re: Sentencing of Dale Huttle - Case No. 1:22-CR-00403

Dear Judge Cooper,

I hope this letter finds you in good health and high spirits. I am writing to you today as the daughter of Dale Huttle, who is currently being sentenced for his involvement in the January 6 insurrection.

First and foremost, I would like to highlight the importance of acknowledging my father's character and history. At the age of 73, my father has led a life guided by his strong Christian faith, demonstrating unwavering dedication to his beliefs. He has always upheld the values of love, forgiveness, and compassion, and has instilled these principles within our family.

Throughout his life, my father has demonstrated an impeccable record of law abidance, never having been involved in any criminal activities. He has been a responsible and caring father, grandfather, and great-grandfather, always prioritizing the well-being and happiness of his family members. His presence has been a source of strength and guidance for all of us.

It is important to note that my father has recently undergone two heart procedures within the past six months, which have significantly impacted his health. These procedures have not only affected him physically, but they have also taken a toll on his emotional well-being. I believe it is crucial for the court to consider his age and health condition when determining an appropriate sentence.

Regarding his involvement in the January 6 insurrection, I strongly believe that my father was misled and influenced by the rhetoric and misinformation spread by the former President of the United States. Like many others, he was unaware of the severe consequences that would follow his participation. The power of the internet and its ability to manipulate and mislead individuals cannot be underestimated in this context.

Despite his misguided actions, I can assure you that my father is a patriotic individual who deeply loves his country. He has always respected and revered the laws and institutions that uphold the democratic values of the United States.

I kindly request the court's leniency and consideration in sentencing my father. I believe that a compassionate approach, considering his age, health condition, and lack of criminal history, would serve justice in this case. I am confident that with the support and guidance of the court, my father can be rehabilitated and contribute positively to society once again.

Thank you for taking the time to review this letter and for your thoughtful consideration. I trust in the wisdom and fairness of the court in making a just decision. Should you require any additional information or have any questions, please do not hesitate to contact me at the provided contact details.

Yours respectfully,

Erica Huttle

Maureen Huttle

1610 Julie Dr.

Schererville, IN 46375

June 7, 2024

The Honorable Judge Cooper

United States District Court for the District of Columbia

333 Constitution Ave, NW

Washington D.C.

Dear Judge Cooper,

I am writing to express my support and provide a character reference for Dale Huttle in relation to the legal matter at hand. Having known Dale Huttle for over 30 years, I believe my perspective may offer valuable insights into his character and conduct.

My name is Maureen Huttle I am Dale's ex wife, I was married to Dale for over 14 years. When I met Dale I was going through a hard time in my life. I was recently divorced and my ex husband was stalking me almost everyday. My daughter Megan and I found safety and companionship with Dale. He was a member of his church Family Christian Center and invited Megan and I to join him. We instantly fell in love with his church, it was what we very much needed.

When I first met Dale he would take Megan and I out for lunch, hiking and the movies. My daughter instantly had a great relationship with Dale. For the first time in many years of previously getting abused by my ex husband, I felt safe and I fell in love with him. He respected me, loved me, and led my daughter and I to God and helped us with getting a better understanding of the bible. Not long after we got married, my daughter and I moved in with Dale at his house.

With the protection and support from Dale my ex husband finally stopped harassing me. I felt so loved and finally felt peace for the first time in a long time. Soon after I got pregnant, Dale always told me he wanted a boy. Throughout my pregnancy we prayed for a boy but either way

it was going to be a blessing. Dale was by my side during my delivery, he never left me. I was so happy, we had a boy and Dale was elated. We couldn't wait to raise a family together.

We lived in a beautiful gated community on the 6th green of a golf course. Dale built a fire pit and put up a tire swing for our kids, it was perfect. He treated my daughter Megan as his own blood and really stepped up to be a father figure in her life that she never had. Dale would sometimes take the kids at night to do a foot race on the golf course, it was their favorite thing to do. We had so many amazing memories. I wouldn't change a thing, it was beautiful.

When I met Dale he was in a lead role in a production at his church called The Passion Play. Not long after our children and I joined Dale in the production with over 600 people in the play. As a family we acted and worked in the production for over 15 years and attended church every sunday. If my Mother was still alive she would tell you she loved him so much and was like a son she never had. My mother would stay over at our house all the time, and would come to all our family vacations. My mother and Dale were best friends, they had a beautiful relationship. My mother passed away 2 years ago, and when I told Dale he couldn't hardly speak.

Having known Dale for over 30 years I can assure you he is a good man, a family man that would always put his family and strangers before himself. Even though we are not married anymore we are still great friends. We talk on the phone all the time, we pray with each other, go to church, dinner, the movies, or he comes over almost every weekend to play golf or watch sports with our son. My daughter invites Dale over to her house for barbecues and holidays all the time, they have a great relationship and her children call him papa Dale.

Your Honor, In conclusion I sincerely hope that this letter provides valuable insight into the kind of person Dale Huttle is. I believe him to be a great man that made a mistake. As long as I have known Dale I have never seen him be disrespectful to law enforcement or even get as much as a seat belt ticket. Considering his health and age we are all worried about how this may impact him. I pray and hope you show him leniency in your sentencing.

Thank you for your attention to this letter and for your careful consideration.

Sincerely,

*Maureen Huttle*

Maureen Huttle

Megan Moore
7801 Taney Place
Merrillville IN 46410


June 2nd 2024


The Honorable Judge Cooper
United States District Court for the District of Columbia
333 Constitution Ave, NW
Washington D.C.

Dear Judge Cooper,

I'm writing you this letter because my Father Dale Huttle will be appearing before you in the next few weeks and I wanted you to know a little more about his character. See Dale is my step-dad, I met him when I was just 3 years old when he and my mom started to date. He always treated me as his own. When my mom and him got married it gave me and my mother a second chance at a family. A home filled with love, safety, security, compassion and kindness. Dale stepped up to the plate as a father to me when my biological father no longer wanted that responsibility.

He taught me how to ride a bike, to play sports, to fish and many other things a little girl would like to do with her dad. He also brought me and my mom to his church where we completely fell in love and got baptized. We were involved in outreach programs with our church and community like feeding the homeless. We as a family acted in many productions in our church and through the community reaching thousands of lives.

My father was always helping out friends and family with house projects, coaching sports teams and always a helping hand to anyone in need. Some of my fondest memories as a child were our family vacations and camping. He told the best campfire stories and in the morning made the best breakfast on a campfire. He is a devoted family man and now a grandpa to my two small children who are 7 and 4. They absolutely adore him and my son can't wait for his Papa to watch him play football.

Your Honor, I'm asking if you could show leniency to my father and take into account his character and integrity. He has been a man that has respected the law and law enforcement. I come from a medical and healthcare background and I'm deeply concerned about his health as he has had many surgeries with stent placements for his Severe Coronary Artery Disease. He is getting older and with his health in a decline I'm scared that if he's incarcerated the stress will further hinder him and we may not get a chance to see him again.

Thank you for your time and consideration in reading my letter.
Respectfully,

*[signature]*

Megan Moore

Eric Huttle

1610 Julie Dr.

Schererville, IN 46375

June 2, 2024

The Honorable Judge Cooper

United States District Court for the District of Columbia

333 Constitution Ave, NW

Washington D.C.

Dear Judge Cooper,

I am writing to you today to speak on behalf of my father, Dale Huttle who will be appearing before you in court. As his son I feel the need to share with you some insights into the kind of man my father truly is.

Throughout my life, my father has been a figure I could look up to in all things. His strength, compassion, and faith in God has been a constant my entire life. He has always placed his faith, family, and community above all else, and his actions I believe speak volumes about his character.

One of the most obvious aspects of my fathers character is his compassion. He is always willing to lend a helping hand to those in need. Whether it's supporting friends going through a tough time or doing volunteer work within the community or church. He consistently puts the needs of others before his own. His kindness and generosity have touched countless individuals in our community and church.

Some of my earliest memories with my father are going to church and participating in volunteer work. Every thanksgiving we would go with my church to homeless shelters to cook and hand out food. We also worked and acted in a church production every year that would reach thousands of people. From a very young age I have witnessed my father be heavily involved with the community and volunteer work. When I was just 5 years old and starting my first year

playing football my father volunteered to become the head coach of my team. He had a massive impact on not only me but many of my teammates. He taught more than just football, he taught life lessons and helped be a father figure to some young boys who may not have had one at home. He was our coach for many years and under him we found great success winning the championship 6 years straight. When he could no longer coach I could always count on seeing him in the stands with his binoculars and camera filming every game.

As a family man, my father has been a source of love, guidance, and support for me and my siblings. His unconditional love and support have shaped us into the people we are today. My father has always been my biggest supporter in anything that I do. He encourages me and believes in me even when I don't believe in myself. I can honestly say without his words of encouragement and wisdom I don't know where I would be today. Every week we get together and go to church, golf or just enjoy each other's company. All of my best and most cherished memories in my life my father has been standing right by my side. I have only ever known my father to be a good law-abiding man who has never had any negative interactions with law enforcement. My siblings and I are truly blessed to have a father like him our entire lives. I don't know what I would do without him. He is not only my best friend but truly a hero of mine.

Judge Cooper, as you might know my father has been going through severe coronary artery disease and has had many stents placed in the past months. My family and I are very concerned for his health if he were to be incarcerated. It has been difficult with his health concerns as of late with all the surgeries and medications he is now on. He has to attend physical therapy at least twice a week now, and simple things he enjoys like hiking, golf or just mowing the lawn he cannot do anymore because it puts too much stress on his heart.

Your Honor, I'm hopeful you will consider the depth of my fathers character and the positive impact he has had on his family and community. While we acknowledge he made a mistake, I believe wholeheartedly that he is a great man who has the utmost respect for law enforcement. I'm praying you show him compassion and leniency in his sentencing so that he may be given a second chance. My father is 73 years old with growing health concerns and I'm afraid if he is incarcerated I may never see him free again.

Thank you for taking the time to consider my fathers character in your decision. I trust that you will make a fair decision based on all the facts presented before you.


Sincerely,

Eric Huttle

May 19, 2024

Judge Christopher R. Cooper

District Court, District of Columbia

**Re:** United States v. Huttle (1:22-cr-00403)

**Subj:** Letter of Support, and Plea for Leniency

Jeff Mengeling

1603 Hadley Creek Drive NE

Rochester, Minnesota, 55906.

Dear Judge Cooper,

My name is Jeff Mengeling. I live in Rochester, Minnesota, where for the past fifteen years I have worked as a physician assistant in Bone Marrow Transplant, at Mayo Clinic. Soon, Dale Huttle will appear before you for sentencing in the case above. As you know, Dale has already pled guilty to the charges he incurred due to his activities at our Capitol on January 6, 2021.

As a result, I am writing this letter of support on his behalf, with a personal plea for leniency in his sentencing. Dale is more than a man who transgressed the law on January 6th, he is also an amiable fellow who has contributed much to his family and society. In considering judgement, it is my hope that you will also consider Dale's humanity.

I have known Dale for over fifty years. I attended his wedding to my cousin Monica when I was just 10 years old. I was the oldest of my siblings, so Dale was like the older brother I never had. I was an average wrestler in school, but Dale took me under his wing and taught me some advanced moves that helped me win more matches. During my formative years, we discussed wrestling, football, religion, and history. He was a good role model for me. As I grew older, we became great friends, and I was even privileged to be selected as his daughter Erika's godfather. Through the years, Dale has been a welcome fixture at our family dinners, birthdays, holidays, weddings, and even funerals.

I thank God that Dale was at one of these events, particularly a barbecue my family hosted back in 1974, because he saved my brother's life! My bother Matthew was a baby then, and Dale found him at the bottom of our pool and pulled him out. Matthew has since become a devoted family man and father. He has earned his bachelor's degree and plays bass in his church choir. His son Davyn has become the pride of our family, excelling in school, and winning multiple academic awards. Were it not for the actions Dale took in 1974, I would have no brother, nor nephew Davyn.

I went on to join the US Navy and served 14 years as a hospital corpsman. In 1991 I deployed with the Marines to Desert Storm. Back then, there was no internet readily available, so we relied greatly on letters from home. Dale was one of the handful of people who regularly wrote me, and those letters meant the world to me. Then when I would come home on leave, or on weekends, Dale and I would reunite for dinner, go fishing, or just take in a movie. In addition to being a committed friend, I would also add that I have known Dale to be a loving father, a hard worker, and active member in his church. I also appreciate that he went down to help victims during Hurricane Katrina back in 2005.

Judge Cooper, my family and I acknowledge Dale made a mistake with his actions on January 6th. However, we were also surprised by it, since we have otherwise known Dale to be an inherently amiable, decent, and law-abiding man. As a family, we are also concerned about Dale's health. He is 73 years old, has severe coronary artery disease, and has had several cardiac stents placed. We're fearful that if Dale is incarcerated, we may never see him again. Therefore, I'm hopeful you will contemplate some of the positive attributes for which Dale is known, and I reiterate my plea for leniency in his sentencing. Thank you very much your consideration.

Respectfully,

*Jeff Mengeling*
Jeff Mengeling