EXHIBIT B

FILED UNDER SEAL (MEDICAL RECORDS)