**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 22-cr-403 |
| | : | |
| **DALE HUTTLE,** | : | |
| | : | |
| **Defendant.** | : | |

**MOTION FOR AN IMMEDIATE STATUS CONFERENCE**

The United States of America, through undersigned counsel, hereby move this Court for a status conference regarding the Bureau of Prison reporting date of defendant Dale Huttle.

On January 6, 2021, Dale Huttle assaulted three police officers with a flagpole. During one assault, he struck an officer with a flagpole, causing the officer to slip down a set of stairs and causing the officer to seriously injure his back – an injury that persists to this day. After Huttle was arrested in November 2022, he gave a news media interview about his participation in the Capitol riot. There, he declared, "I'm not ashamed of being there. It was our duty as patriots." He called himself "the ultimate patriot because I put myself on the line to defend the country. And I have, I have no regrets. I will not say I'm sorry."

On December 8, 2023, Huttle pleaded guilty to 18 U.S.C. § 111(b) for his conduct of assaulting a police officer using a deadly or dangerous weapon and causing serious bodily injury. On defendant's request, the sentencing hearing was twice continued to accommodate the defendant's medical appointment schedule. *See* ECF No. 61, Minute Order (3/20/23), ECF No. 63, Minute Order (5/3/23)

On June 18, 2024, the Court sentenced Huttle to thirty months of incarceration. During the sentencing hearing, the defendant addressed the Court, but did not express remorse for his conduct on January 6.

On defense's request, the Court permitted the defendant to delay his surrender date to allow the defendant to complete certain medical treatment. Thus, although Huttle was sentenced in June 2024, his report date is not until November 4, 2024.

Recently, the government learned that Huttle expressed what the FBI considers a credible threat that demonstrates the defendant is a danger to the community. As such, the government requests a prompt status conference to discuss this information and the defendant's reporting date. *See* 18 U.S.C. § 3145(a).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: /s/ Ashley Akers
ASHLEY AKERS
MO Bar No. 69601
Trial Attorney, Detailee
1100 L Street NW
Washington, DC 20005
Phone: (202) 353-0521
Email: Ashley.Akers@usdoj.gov

*Attorneys for United States of America*