UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. :
: CASE NO. 22-CR-00403-1 (CRC)
DALE HUTTLE :
:

**ORDER**

Before the Court is the Government's oral motion for reconsideration of the Court's [8] Order setting Defendant Dale Huttle's conditions of pretrial release until his self-surrender on November 4, 2024. Based on the evidentiary proffer made by the government on the record at the status hearing on September 6, 2024, the Court hereby **ORDERS** that Mr. Huttle's conditions of release be modified as follows:

Mr. Huttle shall immediately report to the Pretrial Services Office in Indiana to submit to location monitoring to monitor his compliance with his conditions of pretrial release pending his reporting date on November 4, 2024. Location and/or monitoring technology shall be used to monitor Mr. Huttle's compliance until November 4, 2024.  Mr. Huttle shall pay all costs associated with the use of this system according to his ability to pay as determined by his Pretrial Services officer. All other conditions shall remain in place.

**SO ORDERED.**

DATE: September 6, 2024

CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE